**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

Erin H. Walz - #023853
ehw@udallshumway.com
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Shine and Joanna Shine, in their individual capacities and on behalf of P.S., and P.S., a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>Deer Valley Unified School District; Dr. Curtis Finch, Superintendent; Chandler Evans; Brett Bowles; Gary Horowitz; and, Dylan Baubles, all in their official and individual capacities,<br><br>Defendants. | NO. _____<br><br>**NOTICE OF REMOVAL** |

Defendants Deer Valley Unified School District ("District"), Dr. Curtis Finch, Chandler Evans, Brett Bowles, Gary Horowitz and Dylan Baubles ("Individual Defendants"), who have been served to date with the Complaint referenced below, through undersigned counsel and pursuant to 28 U.S.C. §1441(b), hereby notice the removal of the above-captioned case, Maricopa County Superior Court Cause No. CV2020-002607, from the Superior Court of the State of Arizona, county of Maricopa, and in support thereof assert:

1. Plaintiffs P.S., a minor, by and through her parents Kevin and Joanna Shine, and Kevin and Joanna Shine, individually, have in their Complaint asserted claims against

the District for discrimination under the Americans with Disabilities Act and the Rehabilitation Act, and §1983 claims against the Individual Defendants. Plaintiffs also bring a claim against all Defendants for intentional infliction of emotional distress.

2. Plaintiffs filed their Complaint against the Defendants in the Superior Court of the State of Arizona, County of Maricopa under the caption, "Kevin Shine and Joanna Shine, in their individual capacities and on behalf of P.S., and P.S., a minor child v. Deer Valley Unified School District, Dr. Curtis Finch, Chandler Evans, Brett Bowles, Gary Horowitz, and, Dylan Baubles, Cause No. CV2020-002607. A copy of that Complaint is attached hereto as **Exhibit 1**.

3. The Individual Defendants received formal notice of this pleading when copies of the Complaint along with a Summons were served upon them. The District has not yet been served.

4. This Notice of Removal is being filed within thirty days after initial service of the Complaint and is thereby timely filed under 28 U.S.C. § 1446(b).

5. All Defendants who have been served consent to the removal of this case from the Maricopa County Superior Court to the United States District Court, District of Arizona.

6. True and correct copies of all remaining pleadings currently on file with the Maricopa County Superior Court are attached as part of **Exhibit 2**.

7. A Notice of Filing Notice of Removal, a true and correct copy of which is attached as **Exhibit 3**, has been filed in the Arizona Superior Court, County of Maricopa, on behalf of Defendants.

WHEREFORE, Defendants respectfully request that the above action now pending in the Arizona Superior Court, County of Maricopa, be removed to this Court.

DATED this 7th day of April, 2020.

                                UDALL SHUMWAY PLC

By: /s/ Erin H. Walz
    Erin H. Walz
    1138 N. Alma School Road, Suite 101
    Mesa, Arizona  85201
    *Attorney for Defendants*

**ORIGINAL** of the foregoing e-filed
this 7th day of April, 2020 with a COPY mailed
and emailed to:

Troy P. Foster
Megan N. Weides
The Foster Group, PLLC
518 East Willetta Street
Phoenix, Arizona 85004
tfoster@thefosterlaw.com

By: */s/ Kimberly Zink*
      Kimberly Zink

5704017.1/April 8, 2020/ 113474-58

3