# EXHIBIT 1

Troy P. Foster #017229
Megan N. Weides #033552
**The Foster Group, PLLC**
518 East Willetta Street
Phoenix, Arizona 85004
Tel: 602-461-7990
tfoster@thefosterlaw.com
*Attorneys for Plaintiffs*

**COPY**

FEB 2 6 2020

CLERK OF THE SUPERIOR COURT
S. SEUFERT
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Shine and Joanna Shine, in their individual capacities and on behalf of P.S., and P.S., a minor child, | Case No.:  CV 2020-002607 |
| Plaintiffs, | **COMPLAINT** |
| vs. | **(Jury Trial Demanded)** |
| Deer Valley Unified School District; Dr. Curtis Finch, in his official and individual capacities; Chandler Evans, in his official and individual capacities; Brett Bowles, in his official and individual capacities; Gary Horowitz, in his official and individual capacites; and Dylan Baubles, in his offidical and individual capacities, | |
| Defendants. | |

For their Complaint against the Deer Valley Unified School District ("DVUSD") and Dr. Curtis Finch, Chandler Evans, Brett Bowles, Gary Horowitz, and Dylan Baubles (the "Individual Defendants"), Plaintiffs Kevin Shine, Joanna Shine, and P.S. ("Plaintiffs") allege as follows:

## Background Allegations and Jurisdiction

1.     At all times relevant to this Complaint, Plaintiffs resided in and are citizens of Maricopa County, Arizona.

2.      At all times relevant to this Complaint, Plaintiff P.S. attended Barry Goldwater High School, located in the DVUSD.

3.      At all times relevant to this Complaint, DVUSD was a school district authorized to conduct, and was conducting business, in Maricopa County, Arizona.

4.      P.S. attended Barry Goldwater High School ("BGHS") for the 2018-2019 school year and part of the 2019-2020 school year.

5.      BGHS is a public school as defined by A.R.S. §15-101(22)

6.      DVUSD is a school district as defined by A.R.S. §15-101(23).

7.      DVUSD is not exempt from Title II of the Civil Rights Act or the Equal Protection Clause of United States Constitution.

8.      The Individual Defendants are not exempt from Title II of the Civil Rights Act or the Equal Protection Clause of the United States Constitution.

9.      The Plaintiffs filed a Notice of Claim on November 25, 2019 pursuant to A.R.S. §12-821.01.

10.     Jurisdiction and venue are appropriate in this Court.

**<u>Down Syndrome Doesn't Make Her Different</u>**

11.     Plaintiff P.S. is a sophomore in high school and she began the 2019-2020 school year at BGHS.

12.     Although P.S. was born with Down Syndrome, she is a typical teenager.

13.     P.S. has a love for sports, especially basketball.

14.     Over the years, P.S. has developed her skills, tried out for and made the freshman girls' basketball team at BGHS.

15.     P.S. practiced hard and played hard, learning the rules of the game and consistently participating throughout the season.

16.     Basketball motivated P.S. to attend school and get things done so she could practice and not let her team down.

17.   The freshman season created comradery among P.S. and her teammates, and taught her the art of winning and losing gracefully.

### The District's "Air Ball"

18.   As the 2019-2020 basketball season approached at BGHS, P.S. signed up for the three days of tryouts.

19.   When P.S.'s parents picked her up from the first day of tryouts, they were approached by Head Varsity Coach, Defendant Brett Bowles.

20.   Mr. Bowles stated that P.S. was not a "fit" for the team and she was not permitted to participate in the remaining two days of tryouts.

21.   Further, Mr. Bowles suggested that P.S. could be the "team manager" or play on the school's "unified team" because of her disability.

22.   The "unified team" is a basketball program that comprises a combination of special needs children and other children.

23.   Plaintiffs were aware of the "unified team" as the Athletic Director, Defendant Chandler Evans, had mentioned this a few months earlier.

24.   P.S.'s parents questioned Mr. Bowles further and had the freshman coaches, Defendants Gary Horowitz and Dylan Baubles, join the conversation.

25.   Mr. Horowitz agreed that P.S. should not be allowed to tryout and stated, "we put up with P.S. last year and she can be distracting."

26.   No other student had been eliminated after the first day of tryouts.

27.   No other student had been offered the team manager position in lieu of participating in the tryouts.

28.   No other parents were told that their child would not be a "fit" for the team.

29.   Even worse, the entire conversation with the coaches happened right in front of P.S.

30.   Mr. Baubles, as her math teacher, should have known that Plaintiff heard and understood every word that was said.

31.   Understandably, all Plaintiffs were devastated, and P.S. was humiliated.

**Allegations Concerning Damages**

32.     Plaintiffs suffered mental and emotional distress.

33.     P.S. had to change schools mid-semester and was deprived of her opportunity to participate in sports with BGHS.

34.     P.S.'s desire to engage in physical education or activities was negatively impacted due to Defendants' actions.

35.     P.S. developed trust issues with authority figures and systems, which was never an issue prior to Defendants' actions.

36.     P.S.'s motivation to attend school diminished, causing her and her parents stress and anxiety.

**LEGAL CLAIMS**

**Count One:  Title II Violation (42 U.S.C. §12132) (Against DVUSD)**

37.     Plaintiffs reincorporate allegations in paragraphs 1-36 as if fully set forth here.

38.     At all relevant times, P.S. was a qualified individual with a disability.

39.     P.S. was excluded from participation in BGHS's basketball program for the 2019-2020 school year.

40.     That exclusion was because of P.S.'s disability.

41.     Including P.S. in either the basketball tryouts or team would not impose an undue burden on DVUSD.

42.     Plaintiffs have timely exhausted their administrative remedies with respect to this claim.

43.     Plaintiffs are entitled to damages as a result of DVUSD's conduct and their reasonable attorneys' fees and costs.

**Count Two:  Rehabilitation Act Violation (29 U.S.C. § 701) (Against DVSUD)**

44.     Plaintiffs reincorporate allegations in paragraphs 1-43 as if fully set forth here.

45.     DVUSD receives federal and state funding for public education.

46. Extracurricular activities are covered rights and privileges under the Act.

47. Plaintiffs are permitted to file this federal claim without further exhaustion.

48. Plaintiffs are entitled to damages as a result of DVUSD's conduct for mental and emotional distress.

**Count Three:  Equal Protection Violations (§ 1983) (Against Defendants Finch, Evans, Bowles, Horowitz, and Baubles)**

49. Plaintiffs reincorporate allegations in paragraphs 1-48 as if fully set forth here.

50. At all relevant times, Defendant Finch was acting under color of State law.

51. At all relevant times, Defendants Evans, Bowles, Horowitz, and Baubles were acting under color of State law.

52. In his role, Dr. Finch was the highest-ranking official for the DVUSD.

53. In his role, Mr. Evans had the authority to direct and oversee, and did direct and oversee, DVHS's athletic programs and job duties of the coaches.

54. In their roles, Mr. Bowles, Horowitz, and Baubles had the authority to direct and control, and did direct and control, the school's girls' basketball teams.

55. In their respective roles, all of these individuals were charged with ensuring the school was free from discrimination, the violation of which infringes upon an individual's rights to Equal Protection under the United States Constitution.

56. Messrs. Bowles, Horowitz, and Baubles intentionally discriminated against P.S. because of her disability, which deprived her of the right to participate in extracurricular activities, which infringed P.S.'s right to Equal Protection and other rights guaranteed by the United States Constitution.

57. Dr. Finch and Mr. Evans deprived P.S. of her right to participate in extracurricular activities through their deliberate indifference to ensuring all students had the right to tryout for and play any sport.

58. P.S.'s right to Equal Protection and access is a clearly established right.

59.     Plaintiffs are entitled to punitive damages for these individuals' egregious behavior of singling out P.S., counting her out before she had a chance, blasting her ability right in front of her, and depriving her of a fundamental right guaranteed by the Constitution.

### Count Four: Intentional Infliction of Emotional Distress (Against All)

60.     Plaintiffs reincorporate allegations in paragraphs 1-59 as if fully set forth here.

61.     Defendants' decision to exclude P.S. from continuing tryouts for the basketball team was intentional.

62.     Upon information and belief, Mr. Evans sparked that decision as he initially suggested P.S. join the "unified team," which the Plaintiffs found inappropriate.

63.     Defendants' conversation in the presence of P.S. was reckless and outrageous.

64.     Defendants' either intended to cause severe emotional distress or acted with such reckless disregard to the fact that it would cause such emotional distress in their conversations and in the Defendants' response to the parents' objections.

65.     Plaintiffs suffered severe emotional distress as a result of the Defendants' intentional, reckless and outrageous conduct.

### Conclusion

**THEREFORE,** Plaintiffs respectfully request the following relief:

A. A judgment in their favor against all Defendants;

B. An award of compensatory damages and any consequential damages;

C. An award of punitive damages against Dr. Finch, Mssrs. Evans, Bowles, Horowitz, and Baubles for violation of P.S.'s civil rights pursuant to § 1983;

D. Injunctive relief against Defendants to prohibit future violations of the applicable federal laws and the U.S. Constitution;

E. Pre- and post-judgment interest on award;

F. Reasonable attorneys' fees and costs; and

1   G.  All other appropriate equitable relief.

2   **DATED** this 25th day of February, 2020.

3                        **The Foster Group, PLLC**

4

5

6                        Troy P. Foster
                         Megan Weides
7                        518 East Willetta Street
                         Phoenix, Arizona 85004
8                        *Counsel for Plaintiffs*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 2

1  Troy P. Foster #017229
   Megan N. Weides, #033552
2  **The Foster Group, PLLC**
   518 East Willetta Street
3  Phoenix, Arizona 85004
   Tel: 602-461-7990
4  tfoster@thefosterlaw.com
5  *Attorneys for Plaintiff*

**COPY**

FEB **2 6** 2020



CLERK OF THE SUPERIOR COURT
S. SEUFERT
DEPUTY CLERK

6          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

7              **IN THE COUNTY OF MARICOPA**

8  Kevin Shine and Joanna Shine, in their       Case No.:  CV 2020-002607
9  individual capacities and on behalf of
   P.S., and P.S., a minor child,
10                                               **CERTIFICATE OF COMPULSORY**
                          Plaintiffs,            **ARBITRATION**
11
12 vs.                                           **(Jury Trial Demanded)**

13 Deer Valley Unified School District; Dr.
   Curtis Finch, in his official and individual
14 capacities; Chandler Evans, in his official
15 and individual capacities; Brett Bowles, in
   his official and individual capacities; Gary
16 Horowitz, in his official and individual
   capacites; and Dylan Baubles, in his
17 offidical and individual capacities,
18
                          Defendants.
19

20      The undersigned certified that (s)he knows the dollar limits and any other limitations

21 set forth by local rules of practice for the applicable superior court, and further certifies this

22 case *is not* subject to compulsory arbitration, as provided by Rules 72 through 76 of the

23 Arizona Rules of Civil Procedure because the amount of the award sought exceeds the

24 jurisdictional limit set forth in L.R. 3.10(a).

25

                                    1

1   **DATED** this 25th day of February, 2020.

2

3                         **The Foster Group, PLLC**

4

5                         *Megan Weides*

6                         Troy P. Foster
                          Megan N. Weides
7                         518 East Willetta Street
                          Phoenix, Arizona 85004
8                         *Counsel for Plaintiff*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1  Troy P. Foster #017229
   Megan N. Weides #033552
2  **The Foster Group, PLLC**
   518 East Willetta Street
3  Phoenix, Arizona 85004
   Tel: 602-461-7990
4  tfoster@thefosterlaw.com
5  *Attorneys for Plaintiff*



CLERK OF THE
SUPERIOR COURT
FILED
S. MONTUORI, DEP

2020 MAR 31   AM 11: 41

6              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7                        IN THE COUNTY OF MARICOPA

8   Kevin Shine and Joanna Shine, in their      Case No.:
9   individual capacities and on behalf of
    P.S., and P.S., a minor child,                   CV 2020-002607
10
11                             Plaintiffs,            **SUMMONS**

12  vs.                                          **(Jury Trial Demanded)**

13  Deer Valley Unified School District; Dr.
14  Curtis Finch, in his official and individual
    capacities; Chandler Evans, in his official
15  and individual capacities; Brett Bowles, in
    his official and individual capacities; Gary
16  Horowitz, in his official and individual
    capacites; and Dylan Baubles, in his
17  offidical and individual capacities,

18                              Defendant.

19
20                  **STATE OF ARIZONA TO DEFENDANT:**

21                            **BRETT BOWLES**

22
23        **YOU ARE HEREBY SUMMONED** and required to appear and defend, within the

24  time applicable, in this action in this Court.  If served within Arizona, you shall appear and

    defend within 20 days after the service upon you of the Summons and Complaint, exclusive

25  of the day of service.  If served out of the State of Arizona-whether by direct service, by

                                       1

registered on certified mail, or by publication-you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Direct service is complete when made.

**YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

**YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, with the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. ARCP 10(d); ARS section 12-311; ARCP 5.

The name and address of Plaintiff's attorney is:
Troy P. Foster
Megan N. Weides
**The Foster Group, PLLC**
518 East Willetta Street
Phoenix, Arizona 85004

Request for reasonable accommodations for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

Request for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceedings.

**YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any

1  Answer or response upon the Plaintiff's attorney. Rules 5 and 10(d), Ariz. R. Civ. Proc.,

2  A.R.S. 14 § 12-311.

3

4                                           FEB 2 6 2020

           SIGNED AND SEALED this date: _____

5                                   CLERK OF THE SUPERIOR COURT

6

7                                   By: _____
                                 Deputy Clerk

8                                   JEFF FINE, CLERK

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1  Troy P. Foster #017229
   Megan N. Weides #033552
2  **The Foster Group, PLLC**
   518 East Willetta Street
3  Phoenix, Arizona 85004
   Tel: 602-461-7990
4  tfoster@thefosterlaw.com
5  *Attorneys for Plaintiff*

6          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

7                **IN THE COUNTY OF MARICOPA**

8

Kevin Shine and Joanna Shine, in their            Case No.:
9   individual capacities and on behalf of                      CV 2020-002607
    P.S., and P.S., a minor child,
10
                                                              **SUMMONS**
11                                  Plaintiffs,
                                                          **(Jury Trial Demanded)**
12  vs.

13  Deer Valley Unified School District; Dr.
    Curtis Finch, in his official and individual
14  capacities; Chandler Evans, in his official
    and individual capacities; Brett Bowles, in
15  his official and individual capacities; Gary
    Horowitz, in his official and individual
16  capacites; and Dylan Baubles, in his
    offidcial and individual capacities,
17

18                                  Defendant.

19

20          **STATE OF ARIZONA TO DEFENDANT:**

21                **CHANDLER EVANS**

22

23          **YOU ARE HEREBY SUMMONED** and required to appear and defend, within the
24  time applicable, in this action in this Court. If served within Arizona, you shall appear and
    defend within 20 days after the service upon you of the Summons and Complaint, exclusive
25  of the day of service. If served out of the State of Arizona-whether by direct service, by

                                        1

registered on certified mail, or by publication-you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service.  Direct service is complete when made.

**YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

**YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, with the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. ARCP 10(d); ARS section 12-311; ARCP 5.

The name and address of Plaintiff's attorney is:
Troy P. Foster
Megan N.Weides
**The Foster Group, PLLC**
518 East Willetta Street
Phoenix, Arizona 85004

Request for reasonable accommodations for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

Request for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceedings.

**YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any

1  Answer or response upon the Plaintiff's attorney. Rules 5 and 10(d), Ariz. R. Civ. Proc.,

2  A.R.S. 14 § 12-311.

3

4  SIGNED AND SEALED this date:   FEB **2 6** 2020

5                                       CLERK OF THE SUPERIOR COURT

6                                       By:

7                                       Deputy Clerk

8                                       **JEFF FINE, CLERK**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3



1 | Troy P. Foster #017229
  | Megan N. Weides #033552
2 | **The Foster Group, PLLC**
  | 518 East Willetta Street
3 | Phoenix, Arizona 85004
  | Tel: 602-461-7990
4 | tfoster@thefosterlaw.com
5 | *Attorneys for Plaintiff*



CLERK OF THE
SUPERIOR COURT
FILED
S. MONTUORI, DEP
2020 MAR 31  AH 11: 43

ORIGINAL

6      **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

7      **IN THE COUNTY OF MARICOPA**

8  | Kevin Shine and Joanna Shine, in their          Case No.: CV 2020-002607
9  | individual capacities and on behalf of
   | P.S., and P.S., a minor child,
10 |
   |                                                        **SUMMONS**
11 |                                          Plaintiffs,
   |                                                        **(Jury Trial Demanded)**
12 | vs.
13 | Deer Valley Unified School District; Dr.
   | Curtis Finch, in his official and individual
14 | capacities; Chandler Evans, in his official
15 | and individual capacities; Brett Bowles, in
   | his official and individual capacities; Gary
16 | Horowitz, in his official and individual
   | capacites; and Dylan Baubles, in his
17 | offidical and individual capacities,
18 |
   |                                          Defendant.
19



20      <u>**STATE OF ARIZONA TO DEFENDANT**</u>:

21      **DR. CURTIS FINCH**

22
23      **YOU ARE HEREBY SUMMONED** and required to appear and defend, within the

24 time applicable, in this action in this Court. If served within Arizona, you shall appear and

25 defend within 20 days after the service upon you of the Summons and Complaint, exclusive

of the day of service. If served out of the State of Arizona-whether by direct service, by

1

1   registered on certified mail, or by publication-you shall appear and defend within 30 days
2   after the service of the Summons and Complaint upon you is complete, exclusive of the day
3   of service.  Direct service is complete when made.

4
5   **YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend
    within the time applicable, judgment by default may be rendered against you for the relief
6   demanded in the Complaint.
7

8   **YOU ARE CAUTIONED** that in order to appear and defend, you must file an
9   Answer or proper response in writing with the Clerk of this Court, accompanied by the
10  necessary filing fee, with the time required, and you are required to serve a copy of any
11  Answer or response upon the Plaintiff's attorney. ARCP 10(d); ARS section 12-311; ARCP
12  5.

The name and address of Plaintiff's attorney is:
13                      Troy P. Foster
                       Megan N. Weides
14              **The Foster Group, PLLC**
15                518 East Willetta Street
                  Phoenix, Arizona 85004
16

17          Request for reasonable accommodations for persons with disabilities must be made
18  to the division assigned to the case by the party needing accommodation or his/her counsel
19  at least three (3) judicial days in advance of a scheduled proceeding.
20          Request for an interpreter for persons with limited English proficiency must be made
21  to the division assigned to the case by the party needing the interpreter and/or translator or
    his/her counsel at least ten (10) judicial days in advance of a scheduled court proceedings.
22

23  **YOU ARE CAUTIONED** that in order to appear and defend, you must file an
24  Answer or proper response in writing with the Clerk of this Court, accompanied by the
25  necessary filing fee, within the time required, and you are required to serve a copy of any

2

1   Answer or response upon the Plaintiff's attorney. Rules 5 and 10(d), Ariz. R. Civ. Proc.,

2   A.R.S. 14 § 12-311.

3                                                  FEB 26 2020

        SIGNED AND SEALED this date: _____

4

5                                       CLERK OF THE SUPERIOR COURT

6                                       By: _____
                                        Deputy Clerk
7                                                                JEFF FINE, CLERK

8

9

10                                                      

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        3

CLERK OF THE
SUPERIOR COURT
FILED
S. MONTUORI, DEP

2020 MAR 31  AM 11: 43

1  Troy P. Foster #017229
Megan N. Weides #033552
2  **The Foster Group, PLLC**
518 East Willetta Street
3  Phoenix, Arizona 85004
Tel: 602-461-7990
4  tfoster@thefosterlaw.com
5  *Attorneys for Plaintiff*

[ ORIGINAL ]

6        **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

7              **IN THE COUNTY OF MARICOPA**

8  Kevin Shine and Joanna Shine, in their        Case No.:
9  individual capacities and on behalf of                    CV 2020-002607
P.S., and P.S., a minor child,
10                                                      **SUMMONS**
11                                 Plaintiffs,
                                               **(Jury Trial Demanded)**
12  vs.

13  Deer Valley Unified School District; Dr.
Curtis Finch, in his official and individual
14  capacities; Chandler Evans, in his official
and individual capacities; Brett Bowles, in
15  his official and individual capacities; Gary
Horowitz, in his official and individual
16  capacites; and Dylan Baubles, in his
17  offidical and individual capacities,

18                                 Defendant.
19
20            **STATE OF ARIZONA TO DEFENDANT:**

21                    **DYLAN BAUBLES**

22        **YOU ARE HEREBY SUMMONED** and required to appear and defend, within the
23  time applicable, in this action in this Court. If served within Arizona, you shall appear and
24  defend within 20 days after the service upon you of the Summons and Complaint, exclusive
25  of the day of service. If served out of the State of Arizona-whether by direct service, by

1

1  registered on certified mail, or by publication-you shall appear and defend within 30 days
2  after the service of the Summons and Complaint upon you is complete, exclusive of the day
3  of service.  Direct service is complete when made.

4
5  **YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend
   within the time applicable, judgment by default may be rendered against you for the relief
6  demanded in the Complaint.
7

8  **YOU ARE CAUTIONED** that in order to appear and defend, you must file an
9  Answer or proper response in writing with the Clerk of this Court, accompanied by the
10 necessary filing fee, with the time required, and you are required to serve a copy of any
11 Answer or response upon the Plaintiff's attorney. ARCP 10(d); ARS section 12-311; ARCP
12 5.

The name and address of Plaintiff's attorney is:
13                     Troy P. Foster
                      Megan N.Weides
14                 **The Foster Group, PLLC**
15                  518 East Willetta Street
                    Phoenix, Arizona 85004
16

17      Request for reasonable accommodations for persons with disabilities must be made
18 to the division assigned to the case by the party needing accommodation or his/her counsel
19 at least three (3) judicial days in advance of a scheduled proceeding.
       Request for an interpreter for persons with limited English proficiency must be made
20 to the division assigned to the case by the party needing the interpreter and/or translator or
21 his/her counsel at least ten (10) judicial days in advance of a scheduled court proceedings.
22

23      **YOU ARE CAUTIONED** that in order to appear and defend, you must file an
24 Answer or proper response in writing with the Clerk of this Court, accompanied by the
25 necessary filing fee, within the time required, and you are required to serve a copy of any

1    Answer or response upon the Plaintiff's attorney. Rules 5 and 10(d), Ariz. R. Civ. Proc.,

2    A.R.S. 14 § 12-311.

3                                  **FEB 26 2020**

4      SIGNED AND SEALED this date: _____

5                                 CLERK OF THE SUPERIOR COURT

6                             By:_____

7                             Deputy Clerk

8                             **JEFF FINE, CLERK**



9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3



1  Troy P. Foster #017229
   Megan N. Weides #033552
2  **The Foster Group, PLLC**
   518 East Willetta Street
3  Phoenix, Arizona 85004
   Tel: 602-461-7990
4  tfoster@thefosterlaw.com
5  *Attorneys for Plaintiff*

CLERK OF THE
SUPERIOR COURT
FILED
S. MONTUORI, DEP

2020 MAR 31  AM 11: 41

ORIGINAL

6              **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

7                        **IN THE COUNTY OF MARICOPA**

8
   Kevin Shine and Joanna Shine, in their          Case No.:    CV 2020-002607
9  individual capacities and on behalf of
   P.S. and P.S., a minor child,
10                                                              **SUMMONS**
11                                          Plaintiffs,
                                                              **(Jury Trial Demanded)**
12 vs.

13 Deer Valley Unified School District; Dr.
   Curtis Finch, in his official and individual
14 capacities; Chandler Evans, in his official
   and individual capacities; Brett Bowles, in
15 his official and individual capacities; Gary
   Horowitz, in his official and individual
16 capacites; and Dylan Baubles, in his
   offidical and individual capacities,
17
18
                                          Defendant.
19
20             <u>**STATE OF ARIZONA TO DEFENDANT**</u>:

21                          **GARY HOROWITZ**

22
23         **YOU ARE HEREBY SUMMONED** and required to appear and defend, within the

24 time applicable, in this action in this Court.  If served within Arizona, you shall appear and

25 defend within 20 days after the service upon you of the Summons and Complaint, exclusive

   of the day of service.  If served out of the State of Arizona-whether by direct service, by

                                          1

1   registered on certified mail, or by publication-you shall appear and defend within 30 days

2   after the service of the Summons and Complaint upon you is complete, exclusive of the day

3   of service.  Direct service is complete when made.

4

5     **YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend

 within the time applicable, judgment by default may be rendered against you for the relief

6   demanded in the Complaint.

7

8     **YOU ARE CAUTIONED** that in order to appear and defend, you must file an

9   Answer or proper response in writing with the Clerk of this Court, accompanied by the

10   necessary filing fee, with the time required, and you are required to serve a copy of any

11   Answer or response upon the Plaintiff's attorney. ARCP 10(d); ARS section 12-311; ARCP

12   5.

    The name and address of Plaintiff's attorney is:
13         Troy P. Foster
      Megan N.Weides
14         **The Foster Group, PLLC**
      518 East Willetta Street
15         Phoenix, Arizona 85004

16

17     Request for reasonable accommodations for persons with disabilities must be made

18   to the division assigned to the case by the party needing accommodation or his/her counsel

19   at least three (3) judicial days in advance of a scheduled proceeding.

  Request for an interpreter for persons with limited English proficiency must be made
20   to the division assigned to the case by the party needing the interpreter and/or translator or

21   his/her counsel at least ten (10) judicial days in advance of a scheduled court proceedings.

22

23     **YOU ARE CAUTIONED** that in order to appear and defend, you must file an

24   Answer or proper response in writing with the Clerk of this Court, accompanied by the

25   necessary filing fee, within the time required, and you are required to serve a copy of any

1    Answer or response upon the Plaintiff's attorney. Rules 5 and 10(d), Ariz. R. Civ. Proc.,

2    A.R.S. 14 § 12-311.

3                                                  FEB 26 2020

       SIGNED AND SEALED this date: _____
4

5                                            CLERK OF THE SUPERIOR COURT

6                                            By: _____

7                                            Deputy Clerk

8                                            JEFF FINE, CLERK

9

10                                                    

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

William Heck
Maricopa County
Certified Process Server #MC-7779
8808 North Central Avenue, Suite 278
Phoenix, AZ 85020

CLERK OF THE
SUPERIOR COURT
FILED
S. MONTUORI, DEP

2020 MAR 31  AM 11: 41

## IN THE SUPERIOR COURT OF THE STATE OF

## ARIZONA IN AND FOR THE COUNTY OF MARICOPA

**Kevin Shine and Joanna Shine, in
their individual capacities and
on behalf of P.S. and P.S., a
minor child,**

        Plaintiffs,

   vs.

**Deer Valley Unified School
District, et al.,**

        Defendants.

Case No.: **CV2020-002607**

AFFIDAVIT OF
SERVICE OF PROCESS

---

WILLIAM HECK, Certified Process Server #MC-7779, Being duly sworn, states: That
I am qualified to serve process in this cause, having been so appointed by the
Court of Maricopa County. I received the following documents in this action:

**SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION**

from Troy P. Foster SBN 017229 on 3/19/2020, and in each instance I, personally,
served a true copy of each document listed above on those named below in the
manner and at the time and place shown.

Upon: **Brett Bowles**, on 3/25/2020 at 9:00 A.M., at 2750 West Thunderbird Road
Phoenix, AZ, by leaving one (1) set of the above listed documents with **HIM
PERSONALLY.**

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on the 30th day of March, 2020.

                                William Heck
                     Maricopa County Certified
                     Process Server #MC-7779

William Heck
Maricopa County
Certified Process Server #MC-7779
8808 North Central Avenue, Suite 278
Phoenix, AZ 85020



CLERK OF THE
SUPERIOR COURT
FILED
S. MONTUORI, DEP

2020 MAR 31  AM 11: 42

## IN THE SUPERIOR COURT OF THE STATE OF
## ARIZONA IN AND FOR THE COUNTY OF MARICOPA

**Kevin Shine and Joanna Shine, in
their individual capacities and
on behalf of P.S. and P.S., a
minor child,**

       Plaintiffs,

   vs.

**Deer Valley Unified School
District, et al.,**

       Defendants.

Case No.: **CV2020-002607**

AFFIDAVIT OF
SERVICE OF PROCESS

---

WILLIAM HECK, Certified Process Server #MC-7779, Being duly sworn, states: That
I am qualified to serve process in this cause, having been so appointed by the
Court of Maricopa County. I received the following documents in this action:

**SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION**

from Troy P. Foster SBN 017229 on 3/19/2020, and in each instance I, personally,
served a true copy of each document listed above on those named below in the
manner and at the time and place shown.

Upon: **Chandler Evans,** on 3/21/2020 at 5:59 P.M., at 12016 West Desert Sun Lane
Peoria, AZ, by leaving one (1) set of the above listed documents with **HIM
PERSONALLY.**

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on the 30th day of March, 2020.

                              William Heck
                     Maricopa County Certified
                     Process Server #MC-7779

William Heck
Maricopa County
Certified Process Server #MC-7779
8808 North Central Avenue, Suite 278
Phoenix, AZ 85020

CLERK OF THE
SUPERIOR COURT
FILED
S. MONTUORI, DEP

2020 MAR 31  AM 11: 40

### IN THE SUPERIOR COURT OF THE STATE OF
### ARIZONA IN AND FOR THE COUNTY OF MARICOPA

**Kevin Shine and Joanna Shine, in their individual capacities and on behalf of P.S. and P.S., a minor child,**

      Plaintiffs,

   vs.

**Deer Valley Unified School District, et al.,**

      Defendants.

Case No.: **CV2020-002607**

AFFIDAVIT OF
SERVICE OF PROCESS

---

WILLIAM HECK, Certified Process Server #MC-7779, Being duly sworn, states: That I am qualified to serve process in this cause, having been so appointed by the Court of Maricopa County. I received the following documents in this action:

**SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION**

from Troy P. Foster SBN 017229 on 3/19/2020, and in each instance I, personally, served a true copy of each document listed above on those named below in the manner and at the time and place shown.

Upon: **Gary Horowitz**, on 3/22/2020 at 6:54 P.M., at 17210 North 79th Street, Scottsdale, AZ, by leaving one (1) set of the above listed documents with **HIM PERSONALLY**. It should be noted that after I announced who I was and the purpose of my visit, defendant Horowitz acknowledged that he was indeed the person to be served. He also stated that he would not open the door to anyone. He advised me that he would accept service if I left the documents at the front door threshold. Considering the COVID-19 situation, I left the documents as requested.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on the 30th day of March, 2020.

                                 William Heck
                         Maricopa County Certified
                         Process Server #MC-7779

William Heck
Maricopa County
Certified Process Server #MC-7779
8808 North Central Avenue, Suite 278
Phoenix, AZ 85020

CLERK OF THE
SUPERIOR COURT
FILED
S. MONTUORI, DEP

2020 MAR 31  AM 11: 43

### IN THE SUPERIOR COURT OF THE STATE OF
### ARIZONA IN AND FOR THE COUNTY OF MARICOPA

**Kevin Shine and Joanna Shine, in
their individual capacities and
on behalf of P.S. and P.S., a
minor child,**

　　　　　Plaintiffs,

　　vs.

**Deer Valley Unified School
District, et al.,**

　　　　　Defendants.

Case No.: **CV2020-002607**


AFFIDAVIT OF
SERVICE OF PROCESS

---

WILLIAM HECK, Certified Process Server #MC-7779, Being duly sworn, states: That
I am qualified to serve process in this cause, having been so appointed by the
Court of Maricopa County. I received the following documents in this action:

**SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION**

from Troy P. Foster SBN 017229 on 3/19/2020, and in each instance I, personally,
served a true copy of each document listed above on those named below in the
manner and at the time and place shown.

Upon: **Dylan Baubles**, on 3/26/2020 at 9:25 A.M., at 8808 North Central Avenue,
#278, Phoenix, AZ, by leaving one (1) set of the above listed documents with
**HIM PERSONALLY.**

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on the 30th day of March, 2020.

　　　　　　　　　　　　　　　　　　　　　　William Heck
　　　　　　　　　　　　　　　　　　Maricopa County Certified
　　　　　　　　　　　　　　　　　　Process Server #MC-7779

William Heck
Maricopa County
Certified Process Server #MC-7779
8808 North Central Avenue, Suite 278
Phoenix, AZ 85020

CLERK OF THE
SUPERIOR COURT
FILED
S. MONTUORI, DEP

2020 MAR 31  AM 11: 42

IN THE SUPERIOR COURT OF THE STATE OF

ARIZONA IN AND FOR THE COUNTY OF MARICOPA

**Kevin Shine and Joanna Shine, in
their individual capacities and
on behalf of P.S. and P.S., a
minor child,**

       Plaintiffs,

   vs.

**Deer Valley Unified School
District, et al.,**

       Defendants.

Case No.: **CV2020-002607**

AFFIDAVIT OF
SERVICE OF PROCESS

WILLIAM HECK, Certified Process Server #MC-7779, Being duly sworn, states: That
I am qualified to serve process in this cause, having been so appointed by the
Court of Maricopa County. I received the following documents in this action:

**SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION**

from Troy P. Foster SBN 017229 on 3/19/2020, and in each instance I, personally,
served a true copy of each document listed above on those named below in the
manner and at the time and place shown.

Upon: **Dr. Curtis Finch**, on 3/21/2020 at 5:33 P.M., at 12016 West Desert Sun
Lane Peoria, AZ, by leaving one (1) set of the above listed documents with **HIM
PERSONALLY.**

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on the 30th day of March, 2020.

                                   William Heck
                         Maricopa County Certified
                         Process Server #MC-7779

Clerk of the Superior Court
*** Electronically Filed ***
T. Hays, Deputy
4/3/2020 12:29:00 PM
Filing ID 11541556

UDALL | SHUMWAY
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

Erin H. Walz- #023853
ehw@udallshumway.com
*Attorney for Defendant*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| Kevin Shine and Joanna Shine, in their individual capacities and on behalf of P.S., and P.S., a minor child, | NO. **CV2020-002607** |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v | |
| Deer Valley Unified School District; Dr. Curtis Finch, in his official and individual capacities; Chandler Evans, in his official and individual capacities; Brett Bowles, in his official and individual capacities; Gary Horowitz, in his official and individual capacities; and Dylan Baubles, in his official and individual capacities, | (Assigned to Honorable James Smith) |
| Defendants. | |

Notice is hereby given that Erin H. Walz of the law firm Udall Shumway PLC will be appearing on behalf of Defendants Deer Valley Unified School District; Dr. Curtis Finch, in his official and individual capacities; Chandler Evans, in his official and individual capacities; Brett Bowles, in his official and individual capacities; Gary Horowitz, in his official and individual capacities; and Dylan Baubles, in his official and individual capacities, in this matter.

DATED: April 3, 2020

UDALL SHUMWAY PLC


By: /s/ Erin H. Walz
    Erin H. Walz
    1138 N. Alma School Road, Suite 101
    Mesa, Arizona  85201
    *Attorney for Defendants*

**ORIGINAL** of the foregoing e-filed
This 3rd day of April, 2020
With the Clerk of the Court

**COPY** of the foregoing e-mailed
This 3rd day of April, 2020 to:

Troy P. Foster
Megan N. Weides
The Foster Group, PLLC
518 E. Willetta Street
Phoenix, AZ  85004
*Attorneys for the Plaintiff*
tfoster@thefosterlaw.com


By: /s/ Kimberly Zink
    Kimberly Zink

5543133.1 / April 3, 2020 / 13402-1673

2

# EXHIBIT 3

# UDALL | SHUMWAY
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax:  480.833.9392

Erin H. Walz – #023853
ehw@udallshumway.com
*Attorney for Defendants*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN THE COUNTY OF MARICOPA

| | |
|---|---|
| Kevin Shine and Joanna Shine, in their individual capacities and behalf of P.S., and P.S., a minor child,<br><br>           Plaintiffs,<br><br>v.<br><br>Deer Valley Unified School District; Dr. Curtis Finch, in his official and individual capacities; Chandler Evans, in his official and individual capacities; Brett Bowles, in his official and individual capacities; Gary Horowitz, in his official and individual capacities; and Dylan Baubles, in his official and individual capacities,<br><br>           Defendants. | No. CV2020-002607<br><br>**NOTICE OF FILING NOTICE OF REMOVAL**<br><br>(Assigned to the Honorable James Smith) |

Defendants Deer Valley Unified School District ("District"), Dr. Curtis Finch, Chandler Evans, Brett Bowles, Gary Horowitz and Dylan Baubles ("Individual Defendants"), pursuant to 28 U.S.C. § 1441, *et seq.*, notify this Court that they filed a Notice of Removal of this action to the United States District Court for the District of Arizona.

A copy of the Notice of Removal (exclusive of exhibits) is attached as Exhibit A.

/ / /

1   DATED: this 7th day of April, 2020.

2

3                               **UDALL, SHUMWAY P.L.C.**

4                               By: */s/ Erin H. Walz*

5                               Erin H. Walz
                                1138 North Alma School Road, Suite 101
6                               Mesa, Arizona 85201
                                *Attorney for Defendants*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1
2

## CERTIFICATE OF SERVICE

3
4

I hereby certify that on April 7, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system, which will send notification of such filing to all parties of record.

5

By: /s/ Kimberly S. Zink

6
7

5705421.1 / April 7, 2020/ 113474-58

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3