**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 North Alma School Road, Suite 101
Mesa, Arizona 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

Erin H. Walz- #023853
ehw@udallshumway.com
Attorney for Defendants

# UNITED STATES DISTRICT COURT
## DISRICT OF ARIZONA

| | |
|---|---|
| Kevin Shine and Joanna Shine, in their individual capacities and on behalf of P.S., and P.S., a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>Deer Valley Unified School District; Dr. Curtis Finch, Superintendent; Chandler Evans; Brett Bowles; Gary Horowitz; and, Dylan Baubles, all in their official and individual capacities,<br><br>Defendants. | NO. 2:20-cv-00698-JTT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs Kevin Shine, Joanna Shine, in their individual capacities and on behalf of P.S., and P.S., a minor child, and Defendants Deer Valley Unified School District ("District"), Dr. Curtis Finch, Superintendent, Chandler Evans, Brett Bowles, Gary Horowitz, and Dylan Baubles hereby stipulate as follows:

1. This stipulation is entered by all parties to this action.

2. The Complaint and this action shall be dismissed with prejudice and each party shall bear their own attorney's fees and costs.

3. This Court shall enter the form of Final Order Dismissing Action which has been approved by counsel for all parties.

DATED this 12th day of November, 2020.

          THE FOSTER LAW GROUP, PLLC

          By: */s/ Erin Walz on behalf of Troy Foster*
               Troy P. Foster
               Megan N. Weides
               The Foster Group, PLLC
               518 East Willetta Street
               Phoenix, Arizona  85004
               Attorneys for Plaintiffs

          UDALL SHUMWAY, PLC

          By: */s/ Erin H. Walz*
               Erin H. Walz
               1138 North Alma School Road, Suite 101
               Mesa, Arizona 85201
               Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2020, I electronically lodged the attached document using ECF for filing and transmitted the document through ECF to the following registered ECF users:

Troy P. Foster
Megan N. Weides
The Foster Group, PLLC
518 East Willetta Street
Phoenix, Arizona  85004
tfoster@thefosterlaw.com
*Attorneys for Plaintiff*

    /s/ Kimberly Zink